# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** --- Short Form |
|---|---|
| v. | CASE NUMBER: 06-PO-00143-DLW |
| MIKAIL J. BRAHM-LINDBERG | PRO SE <br> (Defendant's Attorney) |
| | WALLACE KLEINDIENST <br> (Assistant United States Attorney) |

**THE DEFENDANT:** Pleaded guilty to Violation Nos. P0428640/09 and P0428642/09.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. 4.14(b) | Open Container of Alcoholic Beverage | 07/05/06 | 1 |
| 36 C.F.R. 4.21(c)(i) | Operating a Vehicle at a Speed in Excess of the Posted Speed Limit | 07/05/06 | 2 |

Violation Nos. P0428541/09 and P0428477/09 are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **CVB Processing Fees** | **Fines** |
|---|---|---|---|
| **Totals:** | $20.00 | $50.00 | $1,000.00* |

*Less - $ 800.00 Suspended Provided No Further Violations for 1 Year = $200.00

Defendant's Soc. Sec. Number:

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:

    August 8, 2006
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U. S. Magistrate Judge
Name & Title of Judicial Officer

August 8, 2006

Date