**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 06-PO-00143-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1. MIKAIL-JORDAN BRAHM-LINDBERG,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The above-named Defendant plead Guilty to Violations P0428640/09 and P0428642/09 on August 8, 2006. The Defendant was sentenced to pay $1,000.00 in fines, $20.00 in special assessment fees and $50.00 in CVB processing fees for a total of $1,070.00. The Court suspended $800.00 of the Defendant's fines provided he have no further violations of law for a period of one year. The Defendant was to have paid to the Court the balance of $270.00 in fines and costs by October 1, 2006.

It has come to the attention of the Court that the Defendant had not paid the $270.00 and the Financial Litigation Unit of the U. S. Attorney's Office had to garnish the Defendant's tax refunds to collect the $270.00

In addition the one year suspension was up on September 8, 2007 and it appears that the Defendant may have had further violations of law within that time period, therefore;

**IT IS HEREBY ORDERED** that the Defendant shall appear before the Magistrate Judge, 103 Sheppard Drive, Room 235, Durango, Colorado on June 3, 2008 at 10:00 a.m. for review of his case.

Failure to appear on that date and time will result in a warrant being issued for the arrest of the Defendant.

**DATED: May 14, 2008**

                **BY THE COURT:**

                **s/David L. West**
                **United States Magistrate Judge**

---

### Certificate of Mailing

I hereby certify that on the 14th day of May, 2008, a true and correct copy of the foregoing Minute Order was placed in the U. S. Mail, postage prepaid, to the following:

| | |
|---|---|
| Wallace Kleindienst, Esq.<br>Asst. U. S. Attorney<br>103 Sheppard Drive, Suite 215<br>Durango, Colorado 81303 | Mikail J. Brahm-Lindberg<br>2915 Baseline Road, #613<br>Boulder, Colorado 80303 |
| | Mikail J. Brahm-Lindberg<br>2955 E. College Avenue, Apt. 143<br>Boulder, Colorado 80303 |
| | Mikail J. Brahm-Lindberg<br>2027 Larkin Road<br>P. O. Box 1305<br>Warland, Wyoming 82401 |

                **By:s/Shirley W. Dills**
                **Assistant to Magistrate Judge**